**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00089-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-1391**

## ORDER

The Court has before it appellant's June 11, 2014 motion for substitution where he requests to proceed pro se. Our records show attorney J. Richard Dunn filed appellant's notice of appeal on January 24, 2014. Appellant attached a letter to his motion for substitution that he received from Mr. Dunn indicating the trial court "granted my motion to withdraw." There is nothing in the record indicating the trial court granted Mr. Dunn's motion to withdraw or whether appellant is indigent and entitled to receive court-appointed counsel on appeal.

The Court **DENIES** appellant's motion for substitution.

We **ORDER** the trial court to make findings of fact regarding whether (1) Mr. Dunn's motion to withdraw as counsel was granted, (2) if Mr. Dunn's motion to withdraw was granted,

on what date was the motion granted, (3) whether appellant is indigent and entitled to court-appointed appellate counsel, and (4) if entitled, the name of court-appointed appellate counsel.

In the event the trial court concludes appellant is indigent and <u>does not</u> desire to have appellate counsel appointed to represent him, the trial court is further **ORDERED** to admonish appellant regarding the dangers and disadvantages of self-representation and make a finding that appellant has been so admonished. *See Ex parte Davis*, 818 S.W.2d 64, 67 (Tex. Crim. App. 1991).

We **ORDER** the trial court to transmit a supplemental record containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY (30) DAYS** from the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. It shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/    DAVID EVANS
JUSTICE